# CASES REPORTED WITH BRIEF SYLLABI

## DECISIONS HANDED DOWN WITHOUT OPINION.

FIRST DEPARTMENT, NOVEMBER, 1914.

CARL BODE, Respondent, *v.* PANAMA RAILROAD COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 4th day of May, 1914, upon the verdict of a jury and from an order entered on the 6th day of May, 1914, denying a motion for a new trial.

PER CURIAM: The verdict as to defendant's negligence was clearly against the weight of evidence. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to appellant to abide event. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Order to be settled on notice.

WESTMINISTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD STREET, a Religious Corporation, Appellant, *v.* TRUSTEES OF THE PRESBYTERY OF NEW YORK, a Domestic Corporation, Respondent.

Appeal from an order of the Supreme Court, entered on the 16th day of July, 1914, denying plaintiff's motion for judgment on the pleadings; also appeal from an order entered on the same day granting defendant's motion to serve a second supplemental answer.

PER CURIAM: The order denying the motion for judgment on the pleadings should be affirmed, without costs. As to the second order, inasmuch as the prior judgment now sought to be set up as a bar in the supplemental answer has been reversed and the complaint dismissed, the order granting such leave should be reversed and the motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Order denying motion for judgment on pleadings affirmed; order granting motion to serve supplemental answer reversed and motion denied.